UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**JAMES BRADY WILLIAMS JR and**
**LUCRETIA DESIREE WILLIAMS**    Case No. 10-80443
a/k/a JAMES D WILLIAMS JR, LUCRETTIA
WILLIAMS, LUCRETIA B WILLIAMS,
LUCRETIA DURISON
S.S. Nos.: xxx-xx-0323 and xxx-xx-0901
Mailing Address: 418 RUSHMORE DR, Raeford, NC 28376-

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on March 12, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: April 7, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 3/8/10
**Lastname-SS#:** Williams-0323

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Wells Fargo Home Mtg | 4 | House & Lot |
| | Hoke County Taxes | 1 | House & Lot |
| | Terminix | | Contract |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Wells Fargo Home Mtg | 4 | | ** |
| | Hoke County Taxes | 1 | | ** |
| | Terminix | | | ** |
| | | | | ** |
| | | | | ** |
| | Regional Acceptance Corp | 2 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| ADT Security | Home Security Monitoriing |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Regional Acceptance Corp | 2 | $315 | N/A | n/a | $315.00 | 2009 Saturn Vue Utility |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Santander | 3 | $8,932 | 5.00 | $53 | $215.22 | 2003 GMC Envoy |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$621** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **9.25** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE     (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Christian Debt Consolidation
2201 NW Corporate Boulevard
Suite 202
Boca Raton, FL 33431

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Citi Health Card
Post Office Box 653054
Dallas, TX 75265-3054

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

ADT
2515 Downing Road
Fayetteville, NC 28312

Citifinancial Bankruptcy Department
Post Office Box 140489
Irving, TX 75014-0489

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

American Debt Counseling
14051 NW 14th Street
Fort Lauderdale, FL 33323

Citifinancial, Inc. NC
3900 Raeford Road
Fayetteville, NC 28304-3381

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

American Express
c/o USAA Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Experian
P.O. Box 2002
Allen, TX 75013-2002

Badcock & More Home Furniture
Post Office Box 1034
Mulberry, FL 33860-1034

Troy Durison
23 Miller Road
Boyce, LA 71409-9735

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Best Buy
c/o HSBC Retail Services
Post Office Box 15521
Wilmington, DE 19850-5521

GE Money Bank
Bankruptcy Department
Post Office Box 103104
Roswell, GA 30076-3104

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Care Credit
c/o GE Money Bank
Post Office Box 981439
El Paso, TX 79998-1439

Harbor Credit Counseling Services
Post Office Box 9228
Virginia Beach, VA 23450-9228

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Omni Financial of North Carolina, Inc.
6256 Yadkin Road
Suite 101
Fayetteville, NC 28303

Saxon Mortgage Services
4708 Mercantile Drive, North
Fort Worth, TX 76137

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Pioneer Services
4000 S. Eastern Avenue
Suite 300
Las Vegas, NV 89119

Terminix
Post Office Box 2587
Fayetteville, NC 28302-2587

JC Penney
Post Office Box 981131
El Paso, TX 79998-1131

Regional Acceptance Corporation
Bankruptcy Department
1420-C East Fire Tower Road
Greenville, NC 27858

The Law Offices of John T. Orcu
6616-203 Six Forks Road
Raleigh, NC 27615

Louisiana Department of Revenue
Post Office Box 201
Baton Rouge, LA 70821-0201

Regional Acceptance Corporation
Post Office Box 44152
Jacksonville, FL 32231-4152

Troy Durison
*NEED ADDRESS*

Meritech
2700 Airport Freeway
Fort Worth, TX 76111-2332

Road Loans Com
Post Office Box 982026
North Richland Hills, TX 76182-8026

Troy Durison
23 Miller Road
Boyce, LA 71409-9735

Military Star
Disputes Unit
Post Office Box 650410
Dallas, TX 75265-0410

Road Loans.com
5201 Rufe Snow Drive
Suite 40
North Richland Hills, TX 76180

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Sam's Club
Post Office Box 981400
El Paso, TX 79998-1400

Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Santander Consumer USA
Post Office Box 562088
Suite 900 North
Dallas, TX 75247-2088

Wal-Mart
Post Office Box 981400
El Paso, TX 79998-1400

North Carolina Employment Security Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Santander Consumer USA
Attention: Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

Wells Fargo Home Mortgage
Post Office Box 10335
Des Moines, IA 50306-0335